IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00750-REB-CBS

LORA L. THOMAS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC SAFETY, and
COLORADO STATE PATROL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendants' Unopposed Motion to Amend Answer (filed August 16, 2005; *doc. no. 14-1*) is **GRANTED**. The Clerk's office is instructed to accept for filing the Amended Answer (*doc no. 14-2*) attached as "Exhibit A" to Defendants' motion, as of the date of this order.

**DATED:**     August 18, 2005