IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00750-REB-CBS

LORA L. THOMAS

      Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC SAFETY and
COLORADO STATE PATROL,

      Defendants.

## ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Upon review of Plaintiff's Unopposed Motion to Amend the Scheduling Order (filed November 16, 2005; *doc. no. 25*), and the Court having reviewed the file and being fully informed, hereby

**ORDERS** that the instant motion is **GRANTED**. The Scheduling Order is amended to reflect the change in the following deadlines:

| | |
|---|---|
| Deadline to designate affirmative experts: | **January 17, 2006** |
| Deadline for submitting interrogatories, requests for production of documents and requests for admission: | **January 30, 2006** |
| Deadline to designate rebuttal experts: | **March 16, 2006** |
| Discovery cutoff: | **March 23, 2006** |
| Deadline for filing dispositive motions: | **April 24, 2006** |

2

DATED at Denver, Colorado, this 17th day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge