IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00750-REB-CBS

LORA L. THOMAS

       Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC SAFETY and
COLORADO STATE PATROL,

       Defendants.

## ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Upon review of Plaintiff's Unopposed Motion to Amend the Scheduling Order (filed January 10, 2006; *doc. no. 28*), and the Court having reviewed the file and being fully informed,

IT IS ORDERED that the instant motion is **GRANTED**.  The Scheduling Order is amended to reflect the change in the following deadlines:

| | |
|---|---|
| Deadline to designate affirmative experts: | **February 16, 2006** |
| Deadline to designate rebuttal experts: | **April 15, 2006** |
| Discovery cutoff: | **April 22, 2006** |
| Deadline for filing dispositive motions: | **May 24, 2006** |

DATED at Denver, Colorado, this 24th day of January, 2006.

                                              BY THE COURT:

                                              *s/Craig B. Shaffer*
                                              Craig B. Shaffer
                                              United States Magistrate Judge