IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00750-REB-CBS

LORA L. THOMAS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC SAFETY, and
COLORADO STATE PATROL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Scheduling Order (filed February 10, 2006; *doc. no. 34*) is **GRANTED**. The scheduling order is amended as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **April 1, 2006** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **May 31, 2006** |
| Discovery deadline | **June 13, 2006** |
| Dispositive motion deadline | **July 13, 2006** |
| Final pretrial conference | **September 14, 2006, at 8:30 a.m.** |
| Deadline to submit final pretrial order | **September 7, 2006** |

Pursuant to FED.R.CIV.P. 16(d) trial counsel MUST be physically present for the final pretrial conference. *No telephonic appearances will be permitted.* It is further

**ORDERED** that no further extensions of the pretrial deadlines will be granted.

**DATED:**    March 2, 2006