IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00750-REB-CBS

LORA L. THOMAS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC SAFETY, and
COLORADO STATE PATROL,

    Defendants.

---

MINUTE ORDER[1]

---

    Plaintiff's Unopposed Motion to Amend Trial Preparation Conference Order [#48], filed July 19, 2006, and Defendants' Unopposed Motion to Amend Trial Preparation Conference Order [#50], filed July 21, 2006, are GRANTED. The deadline for the filing of the 702 motions is extended to **August 18, 2006**.

Dated: July 24, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.