# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-00750-REB-CBS

LORA L. THOMAS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC SAFETY, and
COLORADO STATE PATROL,

    Defendants.

---

## MINUTE ORDER[1]

---

    The Unopposed Motion to Exceed Page Limitation for Summary Judgment Motion and Brief [#47], filed July 13, 2006, is GRANTED. Although I conclude that the defendant's summary judgment briefing is longer than reasonably necessary, I will accept the motion and brief for filing in the interest of time. The plaintiff's response shall be filed on or before **October 2, 2006**, and any reply shall be filed on or before **October 12, 2006**.

Dated:  September 19, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.