**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00750-REB-CBS

LORA L. THOMAS,

     Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC SAFETY, and
COLORADO STATE PATROL,

     Defendants.

---

**MINUTE ORDER**[1]

---

     Plaintiff's Unopposed Motion for Leave to File a Brief in Support of Plaintiff's Jury Instructions and Verdict Form [#84], filed October 17, 2006, is GRANTED, and the Brief in Support of Plaintiff's Proposed Jury Instructions and Verdict Form [#84-2], is accepted for filing.

Dated:  October 17, 2006
-------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.